ACCEPTED
06-14-00072-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/5/2015 3:26:36 PM
DEBBIE AUTREY
CLERK

# HEATHER E. HOBLIT
## ATTORNEY AT LAW
318 N. Main St., Conroe, TX 77301 • (936) 828-1118 • h.e.hoblit@hoblitlaw.com

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/5/2015 3:26:36 PM
DEBBIE AUTREY
Clerk

May 5, 2015

Honorable Clerk Debra K. Autrey                **VIA E-FILE**
Court of Appeals
Sixth Supreme Judicial District
100 N. State Line Ave., Ste. 20
Texarakana, TX 75501

       Re:   **KENNETH CRAIG VICKERS,** Appellant
           v. The State of Texas, Appellee
           Cause No. 06-14-00072-CR

Dear Ms. Autrey:

In accordance with Rule 48.4, I certify that on May 5, 2014 I sent a copy of this Court's Opinion to Kenneth Craig Vickers at his last known address. That letter also advised Mr. Vickers of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested. This letter was late according to Rule 48.4, which requires mailing within 5 days, and, therefore, should have been mailed on May 2, 2015.

If you have any questions, please feel free to contact me.

Sincerely,

//s// Heather E. Hoblit

Heather E. Hoblit